UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN RIDGEWAY,

    Plaintiff,

vs.                                      CASE NO.: 6:15-cv-1402-Orl-31DAB

IC SYSTEM, INC.,

    Defendant.

**NOTICE OF PENDING SETTLEMENT**

    Plaintiffs, Jonathan Ridgeway, by and through the undersigned counsel, hereby notify the Court that the parties have reached a settlement of this matter and this action may be withdrawn from the one week trial period beginning April 3, 2017. A joint stipulation for dismissal with prejudice will be promptly filed with this court once the settlement documents are fully executed and completed.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via the CM/ECF system on January 27, 2016.

    /s/ Tav Gomez, Esq.
    Octavio Gomez, Esquire
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Tele: (813) 223-5505
    Fax: (813) 223-5402
    Florida Bar #: 0338620
    Attorney for Plaintiff